B6D (Official Form 6D) (12/07)

IN RE **Huynh, Dai Huu & Tran, Hien Thi** _____ Case No. **15-10441** _____
                                             Debtor(s)                                                       (If known)

# AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1409000884254** <br> **Everhome Mortgage Co** <br> **301 W Bay St** <br> **Jacksonville, FL 32202-5184** | | | **Primary Residence Mortgage** <br><br> VALUE $ **311,000.00** | | | | **270,289.00** | |
| ACCOUNT NO. | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br> VALUE $ | | | | | |

_____ **0** continuation sheets attached

Subtotal (Total of this page) $ **270,289.00** $ _____

Total (Use only on last page) $ **270,289.00** $ _____

(Report also on Summary of Schedules.)      (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07)**

**IN RE** Huynh, Dai Huu & Tran, Hien Thi                                Case No. **15-10441**
                       Debtor(s)                                                    (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3010**<br>**Alliance One Receivable<br>PO Box 2449<br>Gig Harbor, WA  98335-4449** | | H | **Collection Account:<br>Orignial Creditor: FIFE** | | | | **177.00** |
| ACCOUNT NO. **1750**<br>**Alliance One Receivable<br>PO Box 2449<br>Gig Harbor, WA  98335-4449** | | H | **Collection Account:<br>Original Creditor: Seatac** | | | | **150.00** |
| ACCOUNT NO. **1898**<br>**Alliance One Receivable<br>PO Box 2449<br>Gig Harbor, WA  98335-4449** | | H | **Collection Account:<br>Original Creditor: Seattle** | | | | **86.00** |
| ACCOUNT NO. **1000426121**<br>**BECU<br>PO Box 97050<br>Seattle, WA  98124-9750** | | H | **Debt Charged Off** | | | | **3,800.00** |

___**2**___ continuation sheets attached

Subtotal (Total of this page) $ **4,213.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

IN RE **Huynh, Dai Huu & Tran, Hien Thi**     Case No. **15-10441**
                 Debtor(s)                  (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **42668410**<br>**Chase Card Services**<br>**PO Box 15298**<br>**Wilmington, DE 19850-5298** | | H | Debt Charged Off. Sold to Collections. | | | | **10,131.00** |
| ACCOUNT NO. **10-2-04881-2 KNT**<br>**CitiMortgage, Inc.**<br>**CitiMortgage, Inc.**<br>**PO Box 9438**<br>**Gaithersburg, MD 20898-9438** | | | CitiMortgage Inc. vs. Dai Huinh<br>King County Superior Court case no. 10-2-04881-2 KNT<br>Default Judgement entered against Debtor 02/16/2010 | | | | **131,166.98** |
| ACCOUNT NO. **6550**<br>**Enhanced Recovery Company**<br>**PO Box 57547**<br>**Jacksonville, FL 32241-7547** | | H | Collection Account<br>Original Creditor: COMCAST CABLE COMMUNICATIONS | | | | **208.00** |
| ACCOUNT NO. **5713**<br>**Enhanced Recovery Company**<br>**PO Box 57547**<br>**Jacksonville, FL 32241-7547** | | H | Collection Account<br>Original Creditor: Sprint | | | | **773.00** |
| ACCOUNT NO. **6311**<br>**Enhanced Recovery Company**<br>**PO Box 57547**<br>**Jacksonville, FL 32241-7547** | | H | Collection Account:<br>Original Creditor: COMCAST CABLE | | | | **679.00** |
| ACCOUNT NO. **270003066**<br>**GMAC Mortgage, LLC**<br>**PO Box 4622**<br>**Waterloo, IA 50704-4622** | | J | Debt Charged Off<br>Property Foreclosed in 2009 | | | | **528,500.00** |
| ACCOUNT NO. **32110248186470**<br>**KeyBank**<br>**4901 Tiedeman Rd**<br>**Brooklyn, OH 44144-2339** | | W | Debt charged off. Collateral repossessed 5/2011. | | | | **33,105.00** |

Sheet no. **1** of **2** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims     Subtotal (Total of this page) $ **704,562.98**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

IN RE **Huynh, Dai Huu & Tran, Hien Thi**     Case No. **15-10441**
Debtor(s)     (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **471R67204**<br>**RJM ACQ LLC**<br>**575 Underhill Blvd Ste 224**<br>**Syosset, NY 11791-3416** | | J | **Collection Account**<br>**Original Creditor: Keybank N.A. Checking Account** | | | | **473.00** |
| ACCOUNT NO. **08-2-27646-5 KNT**<br>**Southridge Estates Homeowners Associatio**<br>**720 S 348th St Ste A2**<br>**Federal Way, WA 98003-7000** | | | **Southridge Estates Homeowners Association vs. Dai Huynh**<br>**King County Superior Court case no. 08-2-27646-5 KNT**<br>**Default Judgment entered against Debtor 10/30/2008** | | | | **2,947.24** |
| ACCOUNT NO. **944**<br>**Stellar Recovery Inc**<br>**1845 US Highway 93 S**<br>**Kalispell, MT 59901-5721** | | H | **Collection Account:**<br>**Original Creditor: Comcast** | | | | **208.00** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **2** of **2** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **3,628.24**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **712,404.22**