Judge Marc Barreca
Chapter 7

# UNITED STATES BANKRUPTCY COURT

# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

DAI HUU HUYNH
HIEN THI TRAN

Debtors.

No. 15-10441-MLB

**OBJECTION TO EXEMPTIONS**

EDMUND J. WOOD, the Chapter 7 trustee herein, hereby objects to exemption of the property described below as claimed by the debtors, for the reasons described:

## PROPERTY CLAIMED EXEMPT

| DESCRIPTION | STATUTE CITED | EXEMPTION CLAIMED | PETITION VALUE |
|---|---|---|---|
| 14116 SE 281st Pl, Kent, WA 98042-7409 | 11 USC § 522(d)(1) | $40,711.00 | $311,000.00 |
| Cash | 11 USC § 522(d)(5) | $200.00 | $200.00 |
| BECU CD | 11 USC § 522(d)(5) | $10,067.76 | $10,067.76 |
| BECU Checking Account | 11 USC § 522(d)(5) | $1,635.97 | $1,635.97 |
| BECU Savings Account | 11 USC § 522(d)(5) | $1,396.19 | $1,396.19 |
| Chase Bank Checking Account | 11 USC § 522(d)(5) | $650.00 | $650.00 |
| Wells Fargo Checking Account | 11 USC § 522(d)(5) | $1,985.27 | $1,985.27 |
| Wells Fargo Savings Account | 11 USC § 522(d)(5) | $463.45 | $1,089.08 |
| 1989 Toyota Supra (Not Drivable) | 11 USC § 522(d)(5) | $500.00 | $500.00 |
| 2001 BMW X5 | 11 USC § 522(d)(5) | $2,400.00 | $2,400.00 |
| 2001 Mercedes SL500 | 11 USC § 522(d)(5) | $600.00 | $4,300.00 |
| 2001 Mercedes SL500 | 11 USC § 522(d)(5) | $3,700.00 | $4,300.00 |
| 2003 Mercedes SL500 | 11 USC § 522(d)(5) | $1,850.00 | $9,200.00 |

## REASONS FOR OBJECTIONS

The trustee is objecting to the debtors' claimed exemption in order to preserve his rights to object when more information is known to the trustee about the debtors' assets which are claimed to be exempt. Specifically, these objections are as follows:

1. To the extent that the debtors are attempting to claim an exemption in excess of the value permitted either by federal or state law, the trustee objects to the assertion of such an exemption;

OBJECTION TO EXEMPTIONS

Page 1

Wood & Jones, P.S.
303 N. 67th Street
Seattle WA 98103
(206) 623-4382

Case 15-10441-MLB    Doc 15    Filed 03/19/15    Ent. 03/19/15 12:38:37    Pg. 1 of 2

more specifically, d(5) is limited to one half of the unused d(1). However, the debtors have claimed d(1) in the amount of $40,711, leaving only $5,239 available for d(5), plus the wildcard of $2,450, for a total of $7,689. The amended exemptions claim a total of $24,450 in d(5), an excess of $17,761.

Dated this March 19, 2015

/s/ Edmund J. Wood
Edmund J. Wood, WSBA #03695
Chapter 7 Trustee

I CERTIFY under penalty of perjury that I caused a copy of the foregoing document to be delivered to the following by ABC/LMI Legal Messengers or by U.S. Postal service with the required postage:

U.S. Trustee  by ECF notification to USTPRegion18.SE.ECF@usdoj.gov
U.S. Courthouse
700 Stewart Street #5103
Seattle WA 98101-1271

ROSANNA S CHUNG
787 MAYNARD AVE SOUTH
SEATTLE, WA 98104

DAI HUU HUYNH & HIEN THI TRAN
14116 SE 281ST PL.
KENT, WA 98042

Dated this March 19, 2015

/s/ Edmund J. Wood
Edmund J. Wood, WSBA #03695
Chapter 7 Trustee

Objection To Exemptions - Married

OBJECTION TO EXEMPTIONS

**Wood & Jones, P.S.**
303 N. 67th Street
Seattle WA 98103
Page 2  (206) 623-4382